152

whether plaintiff's marital rights in the property were defeated by fraud.

We find that the trial court properly denied plaintiff's motion for summary judgment, but that it erred in allowing defendant's motion for summary judgment. The judgment is reversed, and the cause is remanded for further proceedings not inconsistent with this opinion.

Reversed and remanded.

McGLOON, P. J., and DEMPSEY, J., concur.

JERRY E. KADANSKY et al., Plaintiffs-Appellees, v. ALBERT R. FICKETT et al., Defendants-Appellants.

(No. 55563;

First District—February 14, 1972.

*Rehearing denied April 4, 1972.*

Vincent R. Ewald, of Oak Lawn, (Harry G. Fins, of counsel,) for appellants.

Arnold J. Karzov and August M. Mangoni, both of Chicago, for appellees.